|   |   |
|---|---|
| 1 | CONSUMER LEGAL SERVICES, P.C. |
|   | CHRISTOPHER M. LOVASZ, Esq. (SBN 303120) |
| 2 | clovasz@lemonauto.com |
|   | JEEHO H. LIM, Esq. (SBN 297365) |

JS-6

CONSUMER LEGAL SERVICES, P.C.
CHRISTOPHER M. LOVASZ, Esq. (SBN 303120)
clovasz@lemonauto.com
JEEHO H. LIM, Esq. (SBN 297365)
jlim@lemonauto.com
2330 Long Beach Blvd.
Long Beach, CA 90806
Ph: (562) 424-3293
Fx: (562) 595-1879

Attorneys for Plaintiffs,
CHRIS FORMOSA and
SANDRA LAGUNAS

DANIEL R. VILLEGAS (SBN 159935)
dvillegas@lehrmanlawgroup.com
ERIN TALLENT (SBN 274813)
etallent@lehrmanlawgroup.com
LEHRMAN LAW GROUP
12121 Wilshire Blvd., Suite 1300
Los Angeles, CA 90025
Ph: (619) 400-0500
Fx: (619) 400-0501

Attorney for Defendant
KIA MOTORS AMERICA. INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| CHRIS FORMOSA, et al. | Case No. 2:20-cv-08961-MWF-MAA |
|---|---|
| Plaintiffs, | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | Show Cause Hearing: Aug. 18, 2021 |
| KIA MOTORS AMERICA, INC., et al. | Judge: Michael W. Fitzgerald |
| **Defendants.** | Action Filed: August 26, 2020 |

///
///
///
///

The Court, having reviewed the parties' Stipulation of Dismissal of Entire Action with Prejudice and good cause appearing, orders that this case be, and is hereby, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED: November 18, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge